**FILED**

JUL 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
    DEPUTY CLERK



1  JEFFREY B. SETNESS - CA. STATE BAR NO. 96773
   Mayall, Hurley, Knutsen, Smith & Green
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207
3  Telephone:  (209) 477-3833
   Facsimile:  (209) 473-4818
4  E-mail:     jsetness@mayallaw.com

5  Attorneys for:
   Defendant RICHARD J. RIELLA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00542-01 |
|---|---|
| Plaintiff, | STIPULATION FOR EARLY TERMINATION OF PROBATION AND DISCHARGE FROM SUPERVISION AND ORDER |
| vs. | |
| RICHARD J. RIELLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA, by and through its counsel, Assistant United States Attorney Jean M. Hobler, and Defendant RICHARD J. RIELLA, by and through his counsel, Jeffrey B. Setness of the law firm of Mayall, Hurley, Knutsen, Smith & Green, that Defendant RICHARD J. RIELLA's probation be terminated early and that he be discharged from supervision based upon the following:

   1.   On April 20, 2010, Defendant RICHARD J. RIELLA was sentenced to probation for a term of twenty-four months by United States Magistrate Judge Dale A. Drozd. A true and correct copy of the Judgment in a Criminal Case is attached as Exhibit 1.

STIPULATION AND ORDER - 1

2. United States Probation Officer Phil R. Hendley, Jr. has informed the undersigned that Defendant RICHARD J. RIELLA has complied with the rules and regulations of supervision.

3. United States Probation Officer Phil R. Hendley, Jr. has no objections, and is in support of, the Defendant RICHARD J. RIELLA's early discharge from probation.

4. The United States Department of Agriculture has no objection to Defendant RICHARD J. RIELLA's early discharge from supervision.

| June 13, 2011 | MAYALL, HURLEY, KNUTSEN, SMITH & GREEN |
|---|---|
| DATE | |
| | /s/ Jeffrey B. Setness |
| | BY JEFFREY B. SETNESS |
| | ATTORNEYS FOR RICHARD J. RIELLA |
| June 9, 2011 | UNITED STATES ATTORNEY'S OFFICE |
| DATE | |
| | /s/ Jean M. Hobler |
| | BY ASSISTANT U.S. ATTORNEY JEAN M. HOBLER |
| | ATTORNEYS FOR THE UNITED STATES OF AMERICA |

### ORDER

Based upon the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the probationer be discharged from probation, and that the proceedings in the case be terminated.

July 7, 2011

DATE

DALE A. DROZD
UNTIED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2